

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00997-CV

PERRY D. FELIX D/B/A HAN'S LASER TECHNOLOGY CO., Appellant

V.

PROSPERITY BANK, Appellee

Appeal from the 164th District Court of Harris County. (Tr. Ct. No. 2013-50191).

This case is an appeal from the final judgment signed by the trial court on November 14, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the portion of the trial court's judgment that denied Prosperity Bank's request for attorney's fees. Accordingly, the Court **reverses** this portion of the trial court's judgment.

The Court further holds that there was no reversible error in the remaining portions of the trial court's judgment. Therefore, the Court **affirms** the remaining portions of the trial court's judgment.

The Court further **remands** the case to the trial court for further proceedings to determine the reasonable and necessary amount of attorney's fees to be awarded to Prosperity Bank.

The Court **orders** that this decision be certified below for observance.

Judgment rendered December 17, 2015.

Panel consists of Justices Higley, Huddle, and Lloyd. Opinion delivered by Justice Huddle.